**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

ALICE DON SAYERS,

        **Plaintiff,**

        v.                            **Civil Action No. 3:23-cv-00106-GMG-RWT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        **Defendant.**

## JUDGMENT ORDER

    **AND NOW**, this    16th    day of      August     , 2023, the Court having

separately ordered the remand of this action for further administrative proceedings pursuant to the

fourth sentence of 42 U.S.C. § 405(g),

    **IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to

Rule 58 of the Federal Rules of Civil Procedure.

                                 BY THE COURT:

                                 GINA M. GROH
                                 UNITED STATES DISTRICT JUDGE